UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:96-CR-30-2-F1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL DENNIS OLDS, | ) | |
| Defendant. | ) | |

This matter is before the court on remand from the United States Court of Appeals for the Fourth Circuit. [DE-50]. The matter was scheduled for re-sentencing on December 17, 2012 at 10:00 a.m. At calendar call on December 17, 2012, the defendant was not present and the undersigned entered a verbal order for arrest. However, after consultation with the Federal Public Defender's Office, it appears the Defendant did not receive notice of the hearing. Therefore, the court will rescind the order for arrest. The clerk of court is DIRECTED to RESCIND the order for arrest. The case will be rescheduled to the **January 2, 2013 term of court**.

SO ORDERED.

This the 17 day of December, 2012.

JAMES C. FOX
Senior United States District Judge