UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:96-CR-30-2F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **Order on Remand** |
| vs. | ) | |
| | ) | |
| **Michael Dennis Olds** | ) | |

Michael Dennis Olds appeared before the Honorable James C. Fox, Senior U.S. District Judge, with counsel on November 12, 1996, and upon a plea of guilty to Conspiracy to Possess With Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 168 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment.

On March 20, 2008, the period of imprisonment was reduced from 168 to 135 months pursuant to 18 U.S.C. § 3582(c)(2). Michael Dennis Olds was released from custody and the term of supervised release commenced on March 28, 2008.

On March 23, 2010, Michael Dennis Olds, appeared before the court with counsel, at which time the court found the defendant had violated the terms and conditions of the judgment. The court upwardly departed from the guideline range, and imposed a term of imprisonment of 30 months, followed by a 30-month term of supervised release. Michael Dennis Olds was released from custody on April 27, 2012, and the term of supervised release commenced.

Pursuant to the mandate of the Fourth Circuit Court of Appeals on remand from the United States Supreme Court in light of Tapia v. United States, **IT IS NOW ORDERED**, that the defendant is sentenced to TIME SERVED (795 days), and continued on supervised release under the term and conditions previously imposed on March 23, 2010.

This 2nd day of January, 2013.

_____
James C. Fox
Senior U.S. District Judge