UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:96-CR-30-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL DENNIS OLDS, | ) | |
| Defendant. | ) | |

This matter is before the court on a Sealed Motion for Revocation of Supervised Release [DE-158]. The court initially directed probation to terminate supervision as a response to the motion for revocation. After further consultation with the probation office, it appears the court improvidently ordered the probation office to terminate supervision. Therefore, the court will RESCIND its response to the Sealed Motion for Revocation of Supervised Release [DE-158]. Probation has advised that it will issue a new motion for revocation. The clerk of court is DIRECTED to terminate the Sealed Motion for Revocation of Supervised Release located at Docket Entry 158 [DE-158].

SO ORDERED

This the 1ˢᵗ day of February, 2013.

JAMES C. FOX
Senior United States District Judge